UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR121-0041 |
| | ) |
| v. | ) 18 U.S.C. § 2252A(a)(2) and (b) |
| | ) Distribution of Child Pornography |
| CHRISTOPHER DALE SMITH | ) |
| | ) 18 U.S.C. § 2252A(a)(5)(B) |
| | ) Possession of Child Pornography |

FILED U.S. DISTRICT COURT
CLERK SO. DIST. OF GA.
2021 JUN -9 P 1:00

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Distribution of Child Pornography*
18 U.S.C. § 2252A(a)(2) and (b)

On or about January 1, 2021, in Columbia County, within the Southern District of Georgia, the defendant,

**CHRISTOPHER DALE SMITH,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), any visual depiction of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, to wit: a video with the file ending in -2372.jpg.

All in violation of Title 18, United States Code, 2252A(a)(2) and (b).

## COUNT ONE
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

On or about May 25, 2021, in Columbia County, within the Southern District of Georgia, the defendant,

**CHRISTOPHER DALE SMITH,**

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, any visual depiction of a minor, any person under 18 years old, engaged in sexually explicit conduct, one or more of such images depicting a prepubescent minor or any person under 12 years old engaged in sexually explicit conduct said images having been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The allegations contained in Counts One and Two of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of Counts One and Two of this Indictment charging violations of Title 18, United States Code, Section 2252A(a)(2) and (b) the defendant, **CHRISTOPHER DALE SMITH**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, sections 2252A, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto.

Signatures on following page

A True Bill.,

_____
David H. Estes
Acting United States Attorney

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Tara M. Lyons
Assistant United States Attorney
*Lead Counsel

_____
Jennifer Kirkland
Assistant United States Attorney
*Co-Lead Counsel